# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARJORIE TRAMP,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**ASSOCIATED UNDERWRITERS, INC.,**<br><br>　　　　　　**Defendant.** | **8:11CV371**<br><br>**ORDER** |

　　　　This matter is before the Court on the Motion for Stay and Approval of Supersedeas Bond (Filing No. 79) filed by Plaintiff Marjorie Tramp ("Plaintiff"), and the Parties' Stipulation for Supersedeas Bond (Filing No. 80).  Plaintiff has appealed this Court's Final Judgment (Filing No. 71) and Memorandum and Order (Filing No. 70) to the United States Court of Appeals for the Eighth Circuit.  Based upon the Parties' agreement, Plaintiff's Motion will be granted, and the Parties' Stipulation will be approved.

　　　　IT IS ORDERED:

　　1.　Plaintiff's Motion for Stay and Approval of Supersedeas Bond (Filing No. 79) is granted;

　　2.　The Parties Stipulation for Supersedeas Bond (Filing No. 80) is approved;

　　3.　Execution of the Judgment of June 17, 2013 (Filing No. 71), is stayed pending the resolution of Plaintiff's appeal pending before the United States Court of Appeals for the Eighth Circuit; and

　　4.　On or before August 10, 2013, Plaintiff shall file a supersedeas bond with the Clerk of the Court in the amount of $1,300.

2

Dated this 25th day of July, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge