# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARJORIE TRAMP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CV371** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **ASSOCIATED UNDERWRITERS, INC.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

Craig Martin, and the law firm of Lamson, Dugan & Murray, LLP, have moved to withdraw as counsel for Defendant Associated Underwriters, Inc. in the above-captioned matter.  (Filing 87.)  Upon the representation that Defendant has retained new counsel, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 87) is granted.

2. The Clerk of Court shall terminate the appearances of Craig Martin and the law firm Lamson, Dugan & Murray as counsel for Defendant and shall terminate future notices to them in this action.

**DATED November 5, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**