## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARJORIE TRAMP,** | |
| **Plaintiff,** | **8:11CV371** |
| **vs.** | |
| **ASSOCIATED UNDERWRITERS, INC.,** | **JUDGMENT** |
| **Defendant.** | |

Based upon the jury's verdict, and consistent with 29 U.S.C. §§ 216(b) and 626(b),

IT IS ORDERED:

Judgment is entered in favor of Marjorie Tramp, Plaintiff, and against Associated Underwriters, Inc., Defendant, in the amount of $257,361.56, plus post-judgment interest at the rate of .27 percent per annum.

Dated this 22nd day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge