# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARJORIE TRAMP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 8:11CV371 ) |
| ASSOCIATED UNDERWRITERS, INC., | ) Order for Issuance of ) Writ of Execution ) |
| Defendant. | ) ) |

The Plaintiff, Marjorie Tramp, has filed an Application for Writ of Execution (Filing No. 164) directed to the United States Marshal for the District of Nebraska.

Judgment was entered in favor of Tramp on June 22, 2015, in the amount of $257,361.56, plus post-judgment interest at the rate of .27 percent per annum. (Filing No. 135). On October 16, 2015, Plaintiff also was awarded $132,198.80 in attorney's fees and $6,522.12 in costs. (Filing No. 154). As of March 31, 2016, the total amount owed on the judgment, $396,623.16, remains unsatisfied. Pursuant to Fed. R. Civ. P. 69(a) and Neb. Rev. Stat. § 25-1516,

**IT IS ORDERED** that:

1. The Application for Writ of Execution (Filing No. 164) is granted;

2. The United States Marshal for the District of Nebraska is ordered to satisfy the judgment entered herein in favor of Plaintiff out of the goods and chattels of Defendant located within the District of Nebraska and, for want of goods and chattels, cause satisfaction to be made out of the lands and tenements of Defendant located within the District of Nebraska.

DATED: May 24, 2016.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**